IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GBMC, LLC, and GBRI, LLC,

    Plaintiffs,

v.                                     CASE NO. 3:11-cv-442-MW/EMT

PROSET SYSTEMS, INC.,
PROVENT SYSTEMS, INC.,
MCMURRY
CONSTRUCTION CO., INC.,
and TRAVELERS CASUALTY
AND SURETY COMPANY,

    Defendants.
_____/

## ORDER ON STIPULATION FOR DISMISSAL OF PLUG CLAIMS

The parties have filed a Stipulation for Dismissal of Plug Claims, Stipulation for Dismissal of Counts Against Proset Systems, Inc., and Provent Systems, Inc., and Stipulation Dropping Party Defendants, Proset Systems, Inc. and Provent Systems, Inc. (ECF No. 260). The parties stipulate and agree that they have resolved portions of the matters in dispute by and between themselves, pursuant to the terms of a separate Partial Settlement Agreement, relating to the claims regarding the plugs manufactured by Proset and Provent and provided to the projects at issue through Myers as subcontractor and McMurry as general

1

contractor. Whether this Court treats the filing as a stipulated dismissal pursuant to rule 41 and/or as a stipulated motion to amend pleadings pursuant to rule 15, this Court grants the motion or acknowledges the stipulation. The result is the same.

The parties stipulate that the following claims are dismissed and/or dropped with prejudice to the extent they arise out of or relate to the design, installation and use of the ProSet ProSeal "Black" firestop plugs at the hotel properties owned by GBMC, LLC and GBRI, LLC:

> Plaintiffs, GBMC, LLC and GBRI, LLC's claims against Defendant, Travelers Casualty and Surety Company.
>
> Defendant, McMurry Construction Co., Inc.'s claims against Third Party Defendant, Myers Company, Inc.
>
> Defendant, Travelers Casualty and Surety Company's claims against Third Party Defendant, Myers Company, Inc.

Additionally, the parties stipulate that the following Counts are dismissed with prejudice:

> Plaintiffs, GBMC, LLC and GBRI, LLC, dismiss the following counts of their Second Amended Complaint (Doc. 104) which is pending against Proset Systems, Inc. with prejudice: Counts IX and X: Strict Liability and Counts XI and XII: Information Negligently Supplied for the Guidance of Others.

Defendant, Travelers Casualty and Surety, dismisses the following counts of its Amended Cross-claim (Doc. 57) which is pending against Proset Systems, Inc. and Provent Systems, Inc. with prejudice: Count II: Indemnity Against Proset Systems, Inc. and Count III: Indemnity Against Provent Systems, Inc.

Third Party Defendant, Myers Company, dismisses the following counts of its Cross-claim (Doc. 64) which is pending against Proset Systems, Inc. and Provent Systems, Inc. with prejudice: Counts I: Common Law Indemnification Against Proset; Count II: Contribution Against Proset, Count III: Negligence Against Proset; Count IV: Common Law Indemnification Against Provent; Count V: Contribution against Provent; and Count VI: Negligence against Provent.

Further, the parties request the dropping of Defendants, Proset Systems, Inc. and Provent Systems, Inc. as parties to this action with prejudice, and without taxation of attorneys' fees or costs.

Finally, the stipulation and the partial settlement of the claims at issue in this case are intended only to settle and resolve the portions of the parties' claims relating to the design, installation, and use of the plugs sold and manufactured y Proset and Provent. All other claims remain pending and shall proceed.

For these reasons,

**IT IS ORDERED**:

1. The following claims arising out of or relating to the ProSet ProSeal "Black" firestop plugs are dismissed and/or dropped:

    a. GBMC and GBRI's claims against Travelers.

    b. McMurry's claims against Myers.

    c. Travelers' claims against Myers.

2. The following counts are dismissed with prejudice:

    a. Counts IX and X of GBMC and GBRI's Second Amended Complaint against Proset and Provent.

    b. Counts II and III of Travelers' Amended Cross-claim against Proset and Provent.

    c. Counts I, II, III, IV, V, and VI of Myers' Cross-claim against Proset and Provent.

3. Provent and Proset are dropped as parties to this action without taxation of attorneys' fees or costs.

4. All other claims remain pending and shall proceed.

**SO ORDERED on September 4, 2013.**

<u>s/Mark E. Walker</u>
**United States District Judge**
